No. 2,067.—EDWARD H. LOVE, APPELLANT, *v.* ANNIE FLAHIVE ET AL., RESPONDENTS.

*Appeal from District Court, Missoula County; F. C. Webster, Judge.*

On motion to dismiss appeal.

Decided December 6, 1904.

PER CURIAM.—Upon motion of the appellant the appeal herein is dismissed without prejudice.

*Messrs. Toole & Bach,* for Appellant.

*Messrs. Woody & Woody,* and *Mr. E. E. Hershey,* for Respondents.